## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SARA HOOVER,                                  :  No. 904 MAL 2016
                                              :
        Petitioner                :
                                              :  Petition for Allowance of Appeal from
                                              :  the Order of the Commonwealth Court
        v.                        :
                                              :
                                              :
                                              :
SETH ALLEN STINE, COMMONWEALTH                :
OF PENNSYLVANIA DEPARTMENT OF                 :
TRANSPORTATION AND THE                        :
BOROUGH OF WAYNESBORO,                        :
                                              :
        Respondents               :


## ORDER


**PER CURIAM**

    **AND NOW**, this 7th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.